# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MARY WALTER               *
           PLAINTIFF   *
                        *

V.                          *      CASE NO. 4:18CV00784 SWW
                        *
                        *

ALLSTATE INSURANCE   *
COMPANY             *
           DEFENDANT   *
                        *
                        *

## <u>ORDER</u>

Before the Court is the parties' stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure [ECF No. 9]. Pursuant to the stipulation, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 13TH DAY OF JUNE, 2019.

                             <u>/s/Susan Webber Wright</u>
                             UNITED STATES DISTRICT JUDGE